JANET L. HIGGINS, PLAINTIFF-RESPONDENT, v. AMERI-
CAN SOCIETY OF CLINICAL PATHOLOGISTS, A COR-
PORATION OF THE STATE OF COLORADO, DEFEND-
ANT-APPELLANT.

Argued March 18, 1969—Decided April 7, 1969.

*Mr Thomas F. Campion* argued the cause for defendant-
appellant (*Messrs. Shanley & Fisher,* attorneys; *Mr. John D.
Conner,* of the District of Columbia Bar (*Messrs. Sellers,
Conner & Cuneo,* of the District of Columbia Bar), of coun-
sel).

*Mr. Coleman T. Brennan* argued the cause for plaintiff-
respondent.

The opinion of the court was delivered

PER CURIAM.    This case is before us for the second time.
On the plaintiff's appeal we reversed the judgment of the
Appellate Division in favor of the defendant and remanded
the matter to the Law Division. 51 *N. J.* 191 (1968).  On
plaintiff's motion for summary judgment, the defendant of-
fered no proof in resistance. Accordingly, the proof stood as
described in our opinion. Therefore, the trial court properly
entered summary judgment for the plaintiff. We add that the
line of proof suggested at the argument before us, that the
plaintiff suffered no economic loss, is irrelevant.
    Affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, PROCTOR, HALL, SCHETTINO and HANEMAN—6.

*For reversal*—None.